# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



NOV - 2

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

NATKAI AKBAR, individually, and on behalf of others similarly situated,

*Plaintiff*

v.

LAW OFFICES OF SHAPIRO & BURSON, LLP

*Defendant*

Civil Action No. 1:11CV1195

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LAW OFFICES OF SHAPIRO & BURSON, LLP
13135 LEE JACKSON HIGHWAY
SUITE 201
FAIRFAX, VA 22033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KRISTI C. KELLY, ESQ.
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 UNIVERSITY DR.
SECOND FLOOR
FAIRFAX, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of Clerk or Deputy Clerk*