**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**NATKAI AKBAR,**

    **Plaintiff,**

    v.                                  **CASE NO. 1:11-cv-01195**

**LAW OFFICES OF SHAPIRO & BURSON, LLP,**

    **Defendant.**

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Dale W. Pittman as counsel for Plaintiff Natkai Akbar in the above-referenced matter. Mr. Pittman is admitted to practice before this Court.

                                                     Respectfully submitted,
                                                     Natkai Akbar
                                                     By Counsel

\_\_\_/s/_____
By: Dale W. Pittman, VSB#15673
Counsel for Natkai Akbar
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 15th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Bizhan Beiramee, Esquire
>Bizhan Beiramee, Esq., P.C.
>6663 B Old Dominion Drive,
>Third Floor
>McLean, Virginia 22101
>Counsel for Defendant

               /s/ _____
               Dale W. Pittman, VSB #15673
               Attorney for Natkai Akbar
               THE LAW OFFICE OF DALE W. PITTMAN, P.C.
               The Eliza Spotswood House
               112-A West Tabb Street
               Petersburg, VA 23803-3212
               (804) 861-6000
               (804) 861-3368 (Fax)
               dale@pittmanlawoffice.com