IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**NATKAI AKBAR**, *individually,*
*and on behalf of others similarly situated,*

    **Plaintiffs,**

v.          **CASE NO. 1:11-cv-01195-CMH-TCB**

**LAW OFFICES OF SHAPIRO & BURSON, LLP.,**

    **Defendant.**

## NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Blvd., Suite 1-A, Newport News, VA 23601 hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

Please copy him with all matters in this case.

         **NATKAI AKBAR**, *individually,*
         *and on behalf of others similarly situated*,

         _____/s/_____
         Leonard A. Bennett, Esq.
         VSB #37523
         Attorney for Plaintiff
         CONSUMER LITIGATION
         ASSOCIATES, P.C.
         763 J. Clyde Morris Boulevard, Suite 1-A
         Newport News, Virginia 23601
         (757) 930-3660 - Telephone
         (757) 930-3662 – Facsimile
         lenbennett@cox.net

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 19th day of December, 2011, I will file the foregoing Notice of Appearance electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Bizhan Beiramee  
Bizhan Beiramee, Esq., P.C.  
6663 B Old Dominion Dr  
Third Floor  
McLean, VA  22101  
E-mail: bbeiramee@beiramee.com

                                    /s/  
                             Leonard A. Bennett, Esq.  
                             VSB #37523  
                             Attorney for Plaintiff  
                             CONSUMER LITIGATION  
                             ASSOCIATES, P.C.  
                             763 J. Clyde Morris Boulevard, Suite 1-A  
                             Newport News, Virginia 23601  
                             (757) 930-3660 - Telephone  
                             (757) 930-3662 – Facsimile  
                             lenbennett@cox.net