IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Natkai Akbar, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.1:11cv1195 |
| | ) |
| | ) |
| Law Office of Shapiro & Burson, LLP, | ) |
| | ) |
| Defendant. | ) |

O R D E R

It is ORDERED

The Rule 16(b) Pretrial Conference scheduled for Wednesday, February 29, 2012 at 11:00 AM is continued to Wednesday, March 14, 2012 at 11:00 AM before the undersigned.  All other provisions of the Order of February 3, 2012, including dates for completion of discovery and the pretrial conference, remain in effect.

                                                          /s/
                                      Theresa Carroll Buchanan
                                      United States Magistrate Judge

February 13, 2012
Alexandria, Virginia