**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| NATKAI AKBAR, *individually, and* *on behalf of all others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action No. 1:11cv1195 |
| LAW OFFICES OF SHAPIRO & BURSON, LLP | ) ) ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Please take notice that Matthew J. Erausquin of Consumer Litigation Associates, P.C. will hereafter serve as counsel of record for the Plaintiff, and hereby enters his appearance in this matter.

Respectfully submitted,
**NATKAI AKBAR,** *individually, and*
*on behalf of all others similarly situated*

_____/s/_____
Matthew J. Erausquin, VSB#65434
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:   703-273-7770
Fax:   888-892-3512
matt@clalegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of March, 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Bizhan Beiramee
Bizhan Beiramee, Equire, P.C.
6663 B Old Dominion Drive, 3rd Floor
McLean, Virginia 22101
Tel:    703-483-9600
Fax:    703-483-9599
bbeiramee@beiramee.com

*Counsel for the Defendant*

                                                              /s/
                                      Matthew J. Erausquin, VSB#65434
                                      *Counsel for the Plaintiff*
                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                      1800 Diagonal Road, Suite 600
                                      Alexandria, VA  22314
                                      Tel:    703-273-7770
                                      Fax:    888-892-3512
                                      matt@clalegal.com