IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| NATKAI AKBAR, *individually, and* *on behalf of all others similarly situated*, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 1:11cv1195 |
| LAW OFFICES OF SHAPIRO & BURSON, LLP ) ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO TRANSFER VENUE AND TO CONSOLIDATE**

Plaintiff, Natkai Akbar, by counsel, on behalf of herself and all others similarly situated, files this motion to transfer venue to the Newport News Division of the Eastern District of Virginia and to consolidate this case with *Moore, et al. v. Shapiro & Burson, LLP,* Civil No. 4:11-cv-122 (E.D. Va. 2011) therein for the reasons delineated in her memorandum filed contemporaneously herewith.

Respectfully submitted,
**NATKAI AKBAR,** *individually, and*
*on behalf of all others similarly situated*

_____/s/_____
Matthew J. Erausquin, VSB#65434
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:    703-273-7770
Fax:    888-892-3512
matt@clalegal.com

Leonard A. Bennett, VSB#37523
CONSUMER LITIGATION ASSOCIATES, PC
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Tel:    757-930-3660
Fax:    757-930-3662
lenbennett@cox.net

Dale W. Pittman, VSB#15673
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
Tel:    804-861-6000
Fax:    804-861-3368
dale@pittmanlawoffice.com

Kristi Cahoon Kelly, VSB#72791
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Tel:    703-251-5400
Fax:    703-591-9285
kkelly@smillaw.com

*Counsel for the Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of March, 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Bizhan Beiramee
Bizhan Beiramee, Equire, P.C.
6663 B Old Dominion Drive, 3rd Floor
McLean, Virginia 22101
Tel:     703-483-9600
Fax:    703-483-9599
bbeiramee@beiramee.com

*Counsel for the Defendant*

                                                /s/
                                  Matthew J. Erausquin, VSB#65434
                                  *Counsel for the Plaintiff*
                                  CONSUMER LITIGATION ASSOCIATES, P.C.
                                  1800 Diagonal Road, Suite 600
                                  Alexandria, VA  22314
                                  Tel:     703-273-7770
                                  Fax:    888-892-3512
                                  matt@clalegal.com