UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**NATKAI AKBAR, individually, and
on behalf of all others similarly situated,**

    Plaintiff,

   v.

Civil Action No. 1:11cv1195

**LAW OFFICES OF SHAPIRO &
BURSON, LLP,**

    Defendant.

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Ethan G. Ostroff on behalf of Defendant Law Offices of Shapiro & Burson, LLP, as counsel herein for all purposes in this matter.

Dated: March 5, 2012

Respectfully Submitted,

**LAW OFFICES OF SHAPIRO &
BURSON, LLP**

By:   /s/ Ethan G. Ostroff
       Of Counsel

John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71610)
*Counsel for Defendant Law Offices of Shapiro & Burson, LLP*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com

431242v1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**NATKAI AKBAR, individually, and
on behalf of all others similarly situated,**

      **Plaintiff,**

                                                                Civil Action No. 1:11cv1195

   **v.**

**LAW OFFICES OF SHAPIRO &
BURSON, LLP,**

      **Defendant.**

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of such filing to the following CM/ECF participants:

### Counsel for Plaintiff:

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
Email: kkelly@smillaw.com

Leonard A. Bennett
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
E-mail: lenbennett@clalegal.com

Dale W. Pittman
The Law Office of Dale W. Pittman
The Eliza Spottswood House
112-A West Tabb Street
Petersburg, VA 23803
E-mail: dale@pittmanlawoffice.com

431242v1

**Co-Counsel for Defendant:**

Bizhan Beiramee
Bizhan Beiramee, Esq., P. C.
6663 B Old Dominion Dr
Third Floor
McLean, VA 22101
Email: bbeiramee@beiramee.com

    /s/ Ethan G. Ostroff
Ethan G. Ostroff (VSB No. 71610)
*Counsel for Defendant Law Offices of Shapiro & Burson, LLP*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com

431242v1