IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

MAR - 6 2012

Natkai Akbar,                          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )   CIVIL ACTION NO.1:11cv1195
                                       )
                                       )
Law Office of Shapiro & Burson, LLP,   )
                                       )
        Defendant.                     )

O R D E R

It is ORDERED

The Rule 16(b) Pretrial Conference scheduled for Wednesday,

March 14, 2012 at 11:00 AM is continued to Wednesday, April 4, 2012

at 11:00 AM before the undersigned.  All other provisions of the

Order of February 3, 2012, including dates for completion of

discovery and the pretrial conference, remain in effect.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Theresa Carroll Buchanan
United States Magistrate Judge

March 6, 2012
Alexandria, Virginia