**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **NATKAI AKBAR**, | * |
| | * |
| Plaintiff, | * |
| v. | * Civil Action No: 1:11-cv-1195 |
| | * |
| **LAW OFFICES OF** | * |
| **SHAPIRO & BURSON, LLP** | * |
| | * |
| Defendants. | * |

## DEFENDANT'S CONSENT TO TRANSFER VENUE

Shapiro & Burson, LLP, by counsel, hereby consents to transfer venue to the Newport News Division of the Eastern District of Virginia, but reserves the right reserves the right to object to consolidation with any other case.

Respectfully Submitted,
**SHAPIRO & BURSON, LLP**
By Counsel

By:   /s/ Bizhan Beiramee_____
Bizhan Beiramee, Esq., (VSB # 50918)
Beiramee & Cohen, P.C.
6663 B Old Dominion  Drive,
Third Floor
McLean, Virginia 22101
Phone: (703) 483-9600; Fax:  (703) 483-9599
Email: bbeiramee@beiramee.com
*Counsel for the Defendant*

John C. Lynch, Esq. (VSB No. 39267)
Ethan G. Ostroff, Esq. (VSB No. 71610)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com
*Co-Counsel for Defendant(s)*

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2011, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

>Matthew J. Erausquin, Esq.
>Leonard A. Bennett, Esq.
>Susan M. Rotkis, Esq.
>CONSUMER LITIGATION ASSOCIATES P.C
>1800 Diagonal Road, Suite 600
>Alexandria, VA 22314
>Phone: (703) 273-7770; Fax: (888) 892-3512
>matt@clalegal.com
>lenbennett@clalegal.com
>srotkis@clalegal.com
>Counsel for the Plaintiffs
>
>Dale W.Pittman,Esq.
>THE LAW OFFICE OF DALE W. PITTMAN, P.C.,
>The Eliza Spotswood House
>112-A West Tabb Street
>Petersburg, VA 23803
>Tel: (804) 861-6000; Fax: (804) 861-3368
>dale@pittmanlawoffice.com
>Counsel for the Plaintiffs
>
>Kristi C. Kelley, Esq.,
>Scott A. Surovell, Esq.
>SUROVELL, ISSACS, PETERSEN & LEVY, PLC
>4010 University Drive, Suite 200
>Fairfax, VA 22030
>Tel: (703) 277-9774; Fax: (703) 591-9285
>kkelly@siplfirm.com
>Counsel for the Plaintiffs

>>By:    /s/ Bizhan Beiramee_____
>>            Bizhan Beiramee

4829-6656-8975, v. 1