IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NATKAI AKBAR, on behalf of herself and others similarly situated, )<br>Plaintiffs, )<br>v. )<br>LAW OFFICES OF )<br>SHAPIRO & BURSON, LLP )<br>Defendants. ) | Civil Action No. 1:11cv1195 |

### NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Jason F. Zellman as counsel for the Plaintiffs, Natkai Akbar, on behalf of herself and others similarly situated, in the above-captioned matter.

SUROVELL ISAACS PETERSEN & LEVY, PLC.

_____/s/_____
Jason F. Zellman, Esq., VSB #77499
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
jzellman@siplfirm.com

DATED: April 4, 2012

Certificate of Service

I hereby certify that on this 4th day of April, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system to the following parties:

Bizhan Beiramee
Bizhan Beiramee, Esquire, P.C.
6663 Old Dominion Drive, Third Floor
McLean, Virginia 22101
Tel: 703-483-9600
Fax: 703-483-9599
bbeiramee@beiramee.com

John C. Lynch
Ethan G. Ostroff
Troutman Sanders, LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Tel: 757-687-7541
Fax: 757-687-1541
Ethan.ostroff@troutmansanders.com

_____/s/_____
Jason F. Zellman, Esq., VSB #77499
Counsel for Natkai Akbar
Surovell Isaacs Petersen& Levy PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
jzellman@siplfirm.com