IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**NATKAI AKBAR**, *individually,*
*and on behalf of others similarly situated,*

        **Plaintiffs,**

v.                    **CASE NO. 1:11-cv-01195-CMH-TCB**

**LAW OFFICES OF SHAPIRO & BURSON, LLP.,**

        **Defendant.**

## NOTICE OF APPEARANCE

Please take notice that Susan M. Rotkis, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Blvd., Suite 1-A, Newport News, VA 23601 hereby enters her appearance as counsel in this case on behalf of the Plaintiffs.

Please copy her with all matters in this case.

                                     **NATKAI AKBAR**, *individually,*
                                     *and on behalf of others similarly situated*,

                                     _____/s/_____
                                     Susan M. Rotkis, Esq.
                                     VSB #40693
                                     Attorney for Plaintiff
                                     CONSUMER LITIGATION
                                     ASSOCIATES, P.C.
                                     763 J. Clyde Morris Boulevard, Suite 1-A
                                     Newport News, Virginia 23601
                                     (757) 930-3660 - Telephone
                                     (757) 930-3662 – Facsimile
                                     srotkis@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of April, 2012, I will file the foregoing Notice of Appearance electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Bizhan Beiramee
Bizhan Beiramee, Esq., P.C.
6663 B Old Dominion Dr
Third Floor
McLean, VA  22101

John Lynch
Ethan Ostroff
Troutman Sanders, LLP
P.O. Box 61185
Virginia Beach, VA 23462

                                                /s/
                                      Susan M. Rotkis, VSB 40693
                                      Attorney for Plaintiff
                                      CONSUMER LITIGATION
                                      ASSOCIATES, P.C.
                                      763 J. Clyde Morris Boulevard, Suite 1-A
                                      Newport News, Virginia 23601