IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**NATKAI AKBAR**, *individually,*
*and on behalf of others similarly situated,*

        **Plaintiffs,**

v.                                      CASE NO. 1:11-cv-01195-CMH-TCB

**LAW OFFICES OF SHAPIRO & BURSON, LLP.,**

        **Defendant.**

## NOTICE OF WAIVER OF HEARING

COMES NOW the Plaintiffs, by counsel, and with the consent of the Defendant, hereby waive a hearing on the pending Motions to Consolidate and to Transfer Venue (Docket Nos. 11 & 13). The motions are by consent and are now ripe for decision.

        Respectfully Submitted,

        **NATKAI AKBAR**, *individually,*
        *and on behalf of others similarly situated*,

        _____/s/_____
        Susan M. Rotkis, Esq.
        VSB #40693
        Attorney for Plaintiff
        CONSUMER LITIGATION
        ASSOCIATES, P.C.
        763 J. Clyde Morris Boulevard, Suite 1-A
        Newport News, Virginia 23601
        (757) 930-3660 - Telephone
        (757) 930-3662 – Facsimile
        srotkis@clalegal.com

        Counsel for the Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of April, 2012, I will file the foregoing Notice of Appearance electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Bizhan Beiramee
Bizhan Beiramee, Esq., P.C.
6663 B Old Dominion Dr
Third Floor
McLean, VA  22101

John Lynch
Ethan Ostroff
Troutman Sanders, LLP
P.O. Box 61185
Virginia Beach, VA 23462

                                          /s/
                                   Susan M. Rotkis, VSB 40693
                                   Attorney for Plaintiff
                                   CONSUMER LITIGATION
                                   ASSOCIATES, P.C.
                                   763 J. Clyde Morris Boulevard, Suite 1-A
                                   Newport News, Virginia 23601