**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**



APR - 4 2012

|  |  |
|---|---|
| NATKAI AKBAR, individually, and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
|     Plaintiff, | )<br>) |
| v. | )   Civil Action No. 1:11-cv-1195<br>) |
| LAW OFFICES OF SHAPIRO & BURSON, LLP, | )<br>)<br>) |
|     Defendant. | )<br>) |

## ORDER

This matter comes before the Court on Plaintiff Natkai Akbar's Motion to Transfer Venue, and it appearing to the Court that the parties agree, it is hereby

ORDERED that Plaintiff's Motion is GRANTED, and this case is transferred to the Newport News Division of this Court.

                                                                ___/s/___
                                                     Claude M. Hilton
                                   United States District Judge

Alexandria, Virginia
April _4_, 2012