INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE THERESA CARROLL BUCHANAN.

CA- 11CV1195

DATE: 4/4/12

TIME: 11:11 TO 11:15

APPEARANCES COUNSEL FOR:

(X) PLANTIFF  (X) DEFENDANT  ( ) PRO SE PLAINTIFF  ( ) PRO SE DEFENDANT

DISCOVERY PLAN:

( ) APPROVED  ( ) APPROVED AS AMENDED  ( ) FILE BY _____

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

( ) YES

( ) CONSENT SIGNED

ADR/SETTLEMENT:

( ) PENDING  ( ) WILL DISCUSS  ( ) OTHER

(X) ORDER TO ISSUE

CASE CONTINUED TO _____ FOR 16(B) CONFERENCE

JUDGE GOING TO CONSULT W/ DISTRICT JUDGE.