UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NATKAI AKBAR, on behalf of herself and all others Similarly situated,<br>　　　Plaintiffs,<br><br>　　　　v.<br><br>LAW OFFICES OF<br>SHAPIRO & BURSON, LLP,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 1:11cv1195<br>)<br>)<br>)<br>)<br>) |

ORDER

　　THIS MATTER came before the Court for an Initial Pretrial Conference on April 4, 2012.  It appearing to the Court that the case has been properly transferred to the Newport News Division of this Court, it is hereby

　　ORDERED that the Proposed Discovery Plan (Dkt. 19) submitted by the parties shall not control.  Any further Discovery Plans shall be proposed pursuant to the rules and orders of this Court's Newport News Division.

　　ENTERED this 12th day of April, 2012.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　THERESA CARROLL BUCHANAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia